AHT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -against-

GARY FAMA,

              Defendant.

- - - - - - - - - - - - - - - - - X

U N S E A L I N G
O R D E R

12 MJ 200

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Amir H. Toossi, for an order unsealing the complaint and arrest warrant in the above-captioned matter.

        WHEREFORE, it is ordered that the complaint and arrest warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
          February 28, 2012

                                    UNITED STATES MAGISTRATE JUDGE
                                    EASTERN DISTRICT OF NEW YORK